**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-03T **DATE**: July 21, 2005
**TITLE OF CASE:** USA v. Shah McKenney

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**

---

**COUNSEL PRESENT**

Government: Gerard B. Sullivan, AUSA

Defendant: Edward C. Roy, Jr., Esq.

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Sentencing**

July 21, 2005: All counsel of record present. Defendant is present. Probation is present. Court addresses. Counsel argues career offender classification. Court addresses. Court finds that defendant is accurately classified as an armed career criminal and Probation has correctly calculated offense level and criminal history category on PSI. Defendant allocutes. Court sentences defendant to 180 months incarceration with 5 years supervised release. Special conditions: Substance abuse counseling and treatment; Mental Health counseling and treatment, Drug testing, up to 72 times per year, as determined by Probation; For every week not employed full time, defendant to complete 20 hours of community service. Time defendant spends working towards a GED can count toward his community service requirement; Fine waived as Court finds defendant has no ability to pay; Special Assessment of $100.00. Court recommends to the Bureau of Prisons that defendant be place in an institution that can offer him substance abuse counseling and treatment.

Recess