**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-03T** |
| | ) | |
| **SHAH MCKENNEY** | ) | |

---

**NOTICE OF APPEAL**

NOW COMES the defendant, Shah McKenney, and hereby notices the appeal of his sentence imposed on July 21, 2005.

Respectfully submitted
Shah McKenney
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered on the 21st day of July, 2005 a true copy of the within notice to Gerard B. Sullivan, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.