9

United States District Court · District of Rhode Island

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

RECEIVED
MAY 03 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR05-03T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Shah McKenney**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **21st** day of **July, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c... ...rn that
I did br...
the wi... ...t,
on the ... ...ered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 2, 2005.

David A. DiMarzio, Clerk

Sentencing

*By* ______________________
*Ryan Jackson - Deputy Clerk*