# United States Court of Appeals
## For the First Circuit

05-00003 T
Rhode Island
E. Torres

No. 05-2137

UNITED STATES OF AMERICA,

Appellee,

v.

SHAH MCKENNEY,

Defendant, Appellant.

**JUDGMENT**

Entered: June 8, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed upon Shah McKenney is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo

Deputy Clerk

Date: 6.30.06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Roy, Mr. Sullivan, & Mr. Lockhart.]